Plaintiff: Isaac Mike Abergel — Fraud matter — Complaint

Address of Plaintiff: 1715 East 3rd St Apt 1 Brooklyn

vs

Defendant: Verizon — Civil Case

guilty of fraud, Conspiracy, Data breach, aiding abetting, planned murders

19 cv 6398

Back for Application Fee waiver

Statement of Claim:

I Reported to FBI. Recently a few weeks ago Someone came to my house saying they were from the Phone company. I demanded them I open without verifying they were from verizon. I Reported Fraud, aiding abetting fraud, Conspiracy to commit murder, Aiding abetting I.D. Theft on deception and impersonation

Relief:
1. $1 trillion dollars
2. Fire corrupted employees, hire good ones.

Signature Plaintiff: [signature]

